UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

TALLAHASSEE DIVISION

CASE NO.: 4:22-cv-00060-MW-MAF

EILEEN PARKER, as the Personal
Representative of THE ESTATE OF
AARON MICHAEL PARKER,
Plaintiff,

v.

THE CITY OF TALLAHASSEE,
a political subdivision of
the State of Florida;
DAVID NORTHWAY, Individually;
STEPHEN SHIELDS, Individually
STEPHEN DEUTSCHMAN, Individually;
DOUGLAS KUTCHERA, Individually;
TRENT ROBERTS, Individually;
CHRISTOPHER ROTH, Individually;
RUSSELL SCHNEIDER, Individually;
THE ESTATE OF CLIFFORD
CROUCH, Individually.

_____/

## PLAINTIFF'S EXPERT WITNESS DISCLOSURES

Plaintiff, EILEEN PARKER, by and through the undersigned attorneys, hereby serves her Expert Disclosures (expert reports delivered via email to Defendants on September 30, 2022) pursuant to the Scheduling Order [Doc. 30] and Order Granting Motion for Extension [Doc. 57]:

1. Michael Baden, M.D.

## CERTIFICATE OF SERVICE

      The undersigned certifies that on October 12, 2022, a true and correct copy of the foregoing was sent via email to all counsel of record.

| | |
|---|---|
| Jennifer M. Painter<br>Florida Bar Number: 110966<br>Assistant City Attorney<br>City Attorney's Office<br>300 South Adams Street, Box A-5<br>Tallahassee, FL  32301<br>Phone: (850) 891-8554<br>Fax: (850) 891-8973<br>Jennifer.painter@talgov.com<br>Attorney for Defendant City of Tallahassee | Michael P. Spellman<br>Florida Bar Number:  0937975<br>SNIFFEN & SPELLMAN, PA.<br>123 North Monroe Street<br>Tallahassee, Florida 32301<br>Telephone: (850) 205-1996<br>Facsimile: (850) 205-3004<br>mspellman@sniffenlaw.com<br>Attorneys for the Individual Defendant Officers |

/s/John Vernon Moore /s/
John Vernon Moore, Esquire
Florida Bar No.: 105403
The Law Office of John Vernon Moore, P.A.
700 N Wickham Road, Suite 206
Melbourne, Florida 32935
Tel. (321) 529-7777
Fax (321) 529-2289
Email: john@jmoorelegal.com
*Attorney for Plaintiff*

/s/ Bryan D. Savy /s/
Bryan D. Savy, Esquire
Florida Bar No.: 12442
997 S. Wickham Road
West Melbourne, Florida 32904
Tel. (321) 728-4911
Fax (321) 728-4870
Email: bsavy@brosslawoffice.com
*Attorney for Plaintiff*