# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

EILEEN PARKER, as Personal
Representative of the Estate of
AARON MICHAEL PARKER,
deceased,

      Plaintiff,

v.                                  **CASE NO.: 4:22-cv-00060-MW-MAF**

THE CITY OF TALLAHASSEE,
A political subdivision of the
State of Florida;
DAVID NORTHWAY, Individually;
STEPHEN SHIELDS, Individually,
STEPHEN DEUTSCHMAN, Individually;
DOUGLAS KUTCHERA, Individually;
TRENT ROBERTS, Individually;
CHRISTOPHER ROTH, Individually;
RUSSELL SCHNEIDER, Individually; and
CLIFFORD CROUCH, Individually;

      Defendants.

_____/

## DEFENDANT CITY OF TALLAHASSEE'S
## EXPERT WITNESS DISCLOSURE

Defendant, CITY OF TALLAHASSEE, by and through undersigned counsel,

hereby gives notice of serving the Expert Report of Roy R. Bedard, Ph.D. pursuant

to Rule 26(a)(2), Federal Rules of Civil Procedure.

s/ Jennifer M. Painter
Florida Bar Number: 110966
Assistant City Attorney
City Attorney's Office
300 South Adams Street, Box A-5
Tallahassee, FL 32301
T: (850) 891-8554
F: (850) 891-8973
Jennifer.Painter@talgov.com
*Attorney for Defendant*
*City of Tallahassee*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 31, 2022 a true and correct copy of the

foregoing was electronically filed in the United States District Court for the Northern

District of Florida using the CM/ECF system, which will send a notice of electronic

filing to all counsel of record:

John Vernon Moore, Esquire
The Law Office of
John Vernon Moore, P.A.
700 N Wickham Road, Suite 206
Melbourne, Florida 32935
john@jmoorelegal.com
*Attorney for Plaintiff*

Patrick J. Landy, Jr., Esquire
Bryan D. Savy, Esq.
Bross & Savy, PLLC
997 S. Wickham Road
Melbourne, Florida 32904
plandy@brosslawoffice.com
bsavy@brosslawoffice.com
*Attorney for Plaintiff*

Michael P. Spellman, Esquire
Dawn P. Whitehurst, Esquire
Sniffen & Spellman, P.A.
123 North Monroe Street
Tallahassee, Florida 32301
mspellman@sniffenlaw.com
dwhitehurst@sniffenlaw.com
*Counsel for Defendant Officers*

s/ Jennifer M. Painter