UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

EILEEN PARKER, as the Personal
Representative of THE ESTATE OF
AARON MICHAEL PARKER, Plaintiff,

CASE NO.: 4:22-cv-00060-MW-MAF

v.

THE CITY OF TALLAHASSEE, a
political subdivision of
the State of Florida;
DAVID NORTHWAY, Individually;
STEPHEN SHIELDS, Individually
STEPHEN DEUTSCHMAN, Individually;
DOUGLAS KUTCHERA, Individually; TRENT
ROBERTS, Individually; CHRISTOPHER
ROTH, Individually; RUSSELL SCHNEIDER,
Individually;
THE ESTATE OF CLIFFORD CROUCH,
Individually.
_____/

## MEDIATION REPORT

The undersigned reports to the court that the parties mediated this case on February 1, 2023. The parties amicably resolved all issues between them, and this matter is now settled.

DATED this 6th day of February, 2023.

_____
DOMINIC M. CAPARELLO
Messer Caparello, P.A.
Post Office Box 15579
Tallahassee, Florida 32308
(Mediator)

Copies furnished:
Counsel of Record